UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.D.,

                    Petitioner,

      -against-

MARKWAYNE MULLIN, in his official
capacity as Secretary of the U.S. Department of
Homeland Security; TODD BLANCHE, in his
official capacity as Acting Attorney General of
the United States; TODD LYONS, in his official
capacity as Acting Director of the U.S.
Immigration and Customs Enforcement;
WILLIAM JOYCE, in his official capacity as
Acting New York Deputy Field Office Director
for U.S. Immigration and Customs Enforcement;
and JOSEPH EDLOW, in his official capacity as
Director of U.S. Citizenship and Immigration
Services,

                    Respondents.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  ___5/17/2026___ |

26 Civ. 4102 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

      The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1.  The Court ORDERS as follows:

1. By **May 18, 2026**, Respondents shall:
    a. confirm that Petitioner remains detained within this District, the Eastern District of New York, or the District of New Jersey, in compliance with the Court's administrative stay order; and
    b. file a letter addressing: (1) the statutory basis for Petitioner's detention; and (2) whether 8 U.S.C. § 1232 prohibits Petitioner's continued detention by Immigration and Customs Enforcement ("ICE").

2.  By **May 19, 2026,** Respondents shall file an answer.

3.  By **May 21, 2026**, Petitioner shall file a reply, if any.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this order.

SO ORDERED.

Dated:  May 17, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge

2