**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 19, 2026

<u>By ECF</u>
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *A.D. v. Mullin*, 26-cv-4102 (RA)

Dear Judge Abrams:

      This Office represents the government in the above-referenced habeas corpus matter.  On May 18, 2026, the Court issued an order setting a hearing on this matter for 10:00 a.m. on May 21, and directed that Petitioner be produced at that hearing.  ECF No. 5.  I write respectfully to request that the Court strike the requirement that Petitioner be produced, or to otherwise modify it to allow Petitioner to attend remotely.  As the government noted in its May 18 letter (ECF No. 8), and in its motion to transfer (ECF Nos. 12-14), Petitioner is currently detained at the Moshannon Valley Processing Center in Philipsburg, Pennsylvania, where he was located at the time the habeas petition was filed on the evening of May 17.  Petitioner has noted his objection to the government's request to strike the requirement that he be produced in person.  ECF No. 9.

      I thank the Court for its consideration of this request.

                 Respectfully submitted,

                 JAY CLAYTON
                 United States Attorney for the
                 Southern District of New York

      By:    */s/ Brandon M. Waterman*
                 BRANDON M. WATERMAN
                 Assistant United States Attorney
                 Telephone: (212) 637-2743
                 E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

The hearing previously scheduled for May 21, 2026 is adjourned *sine die*.  Petitioner shall indicate in his reply brief whether he disputes the Government's assertion that he was physically located within the Western District of Pennsylvania at the time his habeas petition was filed, such that an evidentiary hearing is required.

SO ORDERED.

Hon. Ronnie Abrams
May 20, 2026