UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| A.D.,<br><br>               Petitioner,<br><br>       v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; TODD LYONS, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement; WILLIAM JOYCE, in his official capacity as Acting New York Deputy Field Office Director for U.S. Immigration and Customs Enforcement; and JOSEPH EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services,<br><br>               Respondents. | 26-CV-4102 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the parties' letters dated May 20, 2026.  Dkt. 17, 18.  Consistent with the Court's Order dated May 18, 2026, *see* Dkt. 5, and to preserve the Court's jurisdiction pending a ruling on the instant petition, the Court reiterates that Respondents shall not remove the petitioner from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (collecting cases).

Yesterday, the Court adjourned today's previously scheduled hearing on Petitioner's habeas petition *sine die*.  *See* Dkt. 16.  Pursuant to 26 U.S.C. § 2243, the Government is required to produce a habeas petitioner at a hearing "[u]nless the application for the writ and the return present only issues of law."  26 U.S.C. § 2243; *see, e.g.*, *Ambroladze v. Maldonado*, 2026 WL 280182, at *1 n.2 (E.D.N.Y. Feb. 3, 2026).  In other words, a court need only require the

Government to produce a habeas petitioner at a hearing where the case "present[s] an issue of fact." *Walker v. Johnson*, 312 U.S. 275, 285 (1941).

The Government's motion to transfer argues that this Court does not have jurisdiction over the Petition because Petitioner was located in Pennsylvania when the Petition was filed. *See* Dkt. 13. The Court will hold argument on this issue on May 26, 2026, at 3:30 p.m., in Courtroom 1506 of the Thurgood Marshall United States Courthouse. The Court will make a determination as to whether Petitioner must be produced at this hearing after it has received Petitioner's reply brief, which is due today, and determined whether the parties have raised an issue of fact with respect to the Court's jurisdiction over the Petition.

SO ORDERED.

Dated:   May 21, 2026
        New York, New York

Ronnie Abrams
United States District Judge

2