# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| A.D., | ) | |
| | ) | |
| Plaintiff, | ) | 3:26-CV-00983-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| MARKWAYNE MULLIN, IN HIS | ) | |
| OFFICIAL CAPACITY AS SECRETARY | ) | |
| OF THE U.S. DEPARTMENT OF | ) | |
| HOMELAND SECURITY; TODD | | |
| BLANCHE, IN HIS OFFICIAL CAPACITY | | |
| AS ACTING ATTORNEY GENERAL OF | | |
| THE UNITED STATES; TODD LYONS, IN | | |
| HIS OFFICIAL CAPACITY AS ACTING | | |
| DIRECTOR OF THE U.S. IMMIGRATION | | |
| AND CUSTOMS ENFORCEMENT; | | |
| WILLIAM JOYCE, IN HIS OFFICIAL | | |
| CAPACITY AS ACTING NEW YORK | | |
| DEPUTY FIELD OFFICE DIRECTOR FOR | | |
| U.S. IMMIGRATION AND CUSTOMS | | |
| ENFORCEMENT; JOSEPH EDLOW, IN | | |
| HIS OFFICIAL CAPACITY AS DIRECTOR | | |
| OF U.S. CITIZENSHIP AND | | |
| IMMIGRATION SERVICES; AND | | |
| WARDEN MOSHANNON VALLEY | | |
| PROCESSING CENTER, | | |
| | | |
| Defendants, | | |

## ORDER

A Status Conference is scheduled for June 22, 2026 at 10:00 a.m. in a Video Conference

before Marilyn J. Horan. Respondents are directed to obtain from Department of Homeland

Security ("DHS") a detailed description of Petitioner's present placement, as of June 17, 2026,

and detention circumstances, and what the DHS placement circumstances will be until the age

determination is rendered. Petitioner shall not be placed in general adult population at

Moshannon Valley Processing Center or at any other adult detention facility until the proper age determination is completed. Petitioner shall also not be placed in any solitary segregation or isolation circumstance without just reason.

If DHS is unable to accommodate an appropriate interim detention circumstance for A.D., DHS shall coordinate with the Office of Refugee Resettlement ("ORR") to determine if such appropriate detention circumstances can be provided through ORR pending age determination. If DHS proposes detention through ORR, those circumstances shall be disclosed by DHS at the June 22, 2026 hearing.

Dated: June 17, 2026

Marilyn J. Horan
United States District Judge