# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.D., | ) |
| | ) |
| | )    3:26-CV-00983-MJH |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARKWAYNE MULLIN, IN HIS | ) |
| OFFICIAL CAPACITY AS SECRETARY | ) |
| OF THE U.S. DEPARTMENT OF | ) |
| HOMELAND SECURITY; TODD | |
| BLANCHE, IN HIS OFFICIAL CAPACITY | |
| AS ACTING ATTORNEY GENERAL OF | |
| THE UNITED STATES; TODD LYONS, IN | |
| HIS OFFICIAL CAPACITY AS ACTING | |
| DIRECTOR OF THE U.S. IMMIGRATION | |
| AND CUSTOMS ENFORCEMENT; | |
| WILLIAM JOYCE, IN HIS OFFICIAL | |
| CAPACITY AS ACTING NEW YORK | |
| DEPUTY FIELD OFFICE DIRECTOR FOR | |
| U.S. IMMIGRATION AND CUSTOMS | |
| ENFORCEMENT; JOSEPH EDLOW, IN | |
| HIS OFFICIAL CAPACITY AS DIRECTOR | |
| OF U.S. CITIZENSHIP AND | |
| IMMIGRATION SERVICES;  WARDEN | |
| MOSHANNON VALLEY PROCESSING | |
| CENTER, ACTING DIRECTOR DAVID | |
| VENTURELLA, ACTING DIRECTOR | |
| JOHN RIFE, | |

Respondents,

## **ORDER**

Following consideration of the Respondent's Motion for Reconsideration and accompanying brief and the Petitioner's Response thereto, said Motion is GRANTED. This Court's order of July 9, 2026 is hereby modified to provide that in the event DHS has not completed the ordered reconsidered age re-determination on or before July 17, 2026, it is hereby

1

ordered that A.D. shall be transferred to HHS on July 20, 2026, and thereafter HHS shall conduct

an age re-determination for A.D. in accordance with HHS policies and procedures. Except for as

modified in this reconsidered order, the July 9, 2026 opinion and order of this Court is

reaffirmed.

DATED: July 13, 2026                                      BY THE COURT:

Marilyn J. Horan
Untied States District Judge