**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

A.D.,

Petitioner,

vs.

MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL OF THE UNITED STATES; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; WILLIAM JOYCE, IN HIS OFFICIAL CAPACITY AS ACTING NEW YORK DEPUTY FIELD OFFICE DIRECTOR FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JOSEPH EDLOW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; WARDEN MOSHANNON VALLEY PROCESSING CENTER, ACTING DIRECTOR DAVID VENTURELLA, ACTING DIRECTOR JOHN RIFE,

Respondents,

3:26-CV-00983-MJH

**ORDER**

Upon review of Respondents' Notice to the Court of Department of Homeland Security Age Redetermination Decision and the Reconsideration of June 23, 2026 Age Redetermination, attached as an exhibit thereto, (ECF Nos. 86 & 86-1), the Court finds that Respondents' have complied with the proper age determination procedures in concluding that A.D. is an adult.

Accordingly, Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 72) is DISMISSED. The Clerk of Court shall mark this case as closed.

BY THE COURT:

DATED: August 19, 2026

Marilyn J. Horan